# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVENSAS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AVAGO TECHNOLOGIES U.S. INC.,<br>AVAGO TECHNOLOGIES WIRELESS<br>(U.S.A.) MANUFACTURING INC.,<br>EMULEX CORPORATION, LSI<br>CORPORATION and PLX TECHNOLOGY,<br>INC.,<br><br>Defendants. | )<br>)<br>)<br>)  Civil Action No. 16-cv-1033-LPS-CJB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT
## TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel, in consideration of a negotiated settlement executed by them, that:

1. the above-captioned action shall be, and hereby is, voluntarily DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

2. each party shall bear its own fees, costs, and expenses.

| | |
|---|---|
| Dated: December 18, 2017 | Respectfully submitted, |
| FARNAN LLP | YOUNG CONAWAY STARGATT &<br>   TAYLOR, LLP |
| */s/ Brian E. Farnan*<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 777-0300<br>Facsimile: (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | /s/ Adam W. Poff<br>Adam W. Poff (No. 3990)<br>Pilar G. Kraman (No. 5199)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br>pkraman@ycst.com |

1

*Of Counsel*:

Robert T. Haslam
rhaslam@cov.com
Thomas E. Garten
tgarten@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065-1418
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Michael K. Plimack
mplimack@cov.com
Dale A. Rice
drice@cov.com
Nitin Subhedar
nsubhedar@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Laura E. Muschamp
lmuschamp@cov.com
Christopher K. Eppich
ceppich@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 1500
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: (424) 332-4749

Attorneys for Plaintiff
INVENSAS CORPORATION

*Of Counsel*:

David E. Sipiora
dsipiora@kilpatricktownsend.com
Matthew C. Holohan
mholohan@kilpatricktownsend.com
Travis D. Whitsitt
twhitsitt@kilpatricktownsend.com
KILPATRICK TOWNSEND &
  STOCKTON LLP
1400 Wewatta Street, Suite 600
Denver, Colorado 80202
Telephone: (303) 571-4000
Facsimile: (303) 571-4321

Norris P. Boothe
nboothe@kilpatricktownsend.com
KILPATRICK TOWNSEND &
STOCKTON LLP
1080 Marsh Road
Menlo Park, California 94025
Telephone: (650) 462-5305
Facsimile: (650) 618-1933

Ramy E. Hanna
rhanna@foley.com (No. 5494)
Steven J. Rizzi
srizzi@foley.com
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016-1314
Telephone: (212) 682-7474
Facsimile: (202) 687-2329

Attorneys for Defendants
AVAGO TECHNOLOGIES U.S. INC.,
AVAGO TECHNOLOGIES WIRELESS
(U.S.A.) MANUFACTURING INC.,
EMULEX CORPORATION, LSI
CORPORATION and PLX TECHNOLOGY,
INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December __, 2017

_____
Hon. Leonard P. Stark